# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 6, 2013

Robert P. Young, Jr.,
Chief Justice

145831

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

JOE HOLMES,
             Plaintiff-Appellee,

v                                                          SC: 145831
                                                           COA: 303954
                                                           WCAC: 10-000017
ET4, INC. and PARK AVENUE PROPERTY
& CASUALTY INSURANCE COMPANY,
             Defendants-Appellants.

_____/

        On order of the Court, the application for leave to appeal the August 2, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 6, 2013                                    _____
                                                                          Clerk

t0130